STANLEY V. TUCKER *v.* TAX ASSESSOR OF THE TOWN
OF TORRINGTON

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Stanley V. Tucker,* pro se, in support of the petition.

Submitted May 19—decided May 30, 1978

STATE OF CONNECTICUT *v.* CLIVE RUSSELL

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is granted by the court unless the defendant on or before July 10, 1978, files his preliminary statement of the issues and designation of the record.

*Walter D. Flanagan,* assistant state's attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).

Argued June 6—decided June 6, 1978

STATE OF CONNECTICUT *v.* RALPH FESTO

, The state's motion to dismiss the appeal from the Superior Court in Fairfield County is granted by the court unless the defendant on or before July 10, 1978, files his preliminary statement of the issues and designation of the record.

*Walter D. Flanagan,* assistant state's attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).